ALAN M. SIMPSON, P.C.
Attorneys at Law
Meridan Bank Tower
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
e-mail: alan@alansimpson.net
(602) 222-4878 Fax (602) 222-4879
Arizona State Bar 006203

E. THOMAS BARHAM, JR.
Of Counsel
3349 Cerritos Avenue
Los Alamitos, California 90720
(562) 598-2456 Fax (562) 598-7572
e-mali: tbarham@socal.rr.com
California State Bar 105381

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| RAY KRONE and CAROLYN LEMING<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MARICOPA, et.al.<br><br>Defendants. | CASE NO. CIV. 03-0734 PHX-MHM<br><br>ORDER TO FILE CORRECTED SECOND AMENDED COMPLAINT<br><br>[PROPOSED] ORDER<br><br>[FOR DECISION BY JUDGE MURGUIA] |

## [PROPOSED] ORDER

The Court has read and considered the stipulation of counsel. Good cause having been shown to grant leave to amend the First Amended Complaint, it is hereby ordered as follows:

1. The Clerk of Court is ordered to file the Plaintiffs' Corrected Second Amended Complaint;

2. Defendants shall file and serve their answers or other responsive pleadings

within twenty (20) days after service of this Order on counsel.

      3. Defendants have until 30 days after the deposition of Raymond Rawson, D.D.S. to name him as a non-party at fault, but in no event more then 150 days after their Answer to the Second Amended Complaint.

      IT IS SO ORDERED.

DATED: November 10th, 2004

Mary H. Murguia
United States District Judge