Georgia A. Staton, 004863
John M. DiCaro, 017990
**JONES, SKELTON & HOCHULI, P.L.C.**
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
602-263-1752
gstaton@jshfirm.com

*Attorneys for Defendants City of Phoenix, Charles Gregory, Dennis Olson, Ray Gieszl and Scott Piette*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Krone and Carolyn Leming,<br><br>        Plaintiff(s),<br><br>  v.<br><br>County of Maricopa; City of Phoenix; Scott Piette; John A. Piakis, D.D.S.; Charles Gregory; Dennis Olson; Ray Gieszl; Noel Levy; Heinz H. Karnitschnig, M.D.; Phillip Keen, M.D., and Does 1-10,<br><br>        Defendant(s). | NO. CIV 03-0734-PHX-MHM<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to LR Civ. 40.2(d), undersigned counsel wishes to inform the Court that the City of Phoenix, Scott Piette, Charles Gregory, Dennis Olson and Ray Gieszl (hereinafter "City Defendants") and the Plaintiffs have reached settlement. The parties are in the process of preparing all closing documents. It is anticipated that all documents will be completed by September 30, 2005 and can be presented to the Court at that time.

The City Defendants respectfully request that the Status Conference set for September 27, 2005 at 4:00 p.m. be vacated in light of the settlement which has now been reached. Undersigned counsel has conferred with Attorney Alan Simpson and he is in agreement with this request.

///

1       RESPECTFULLY SUBMITTED this 26th day of September, 2005.

2                               JONES, SKELTON & HOCHULI, P.L.C.

4                     By       s/Georgia A. Staton
                          Georgia A. Staton
5                           John M. DiCaro
                          2901 North Central Avenue
6                           Suite 800
                          Phoenix, Arizona 85012
7                           *Attorneys for Defendants City of Phoenix, Charles Gregory, Dennis Olson, Ray*
8                           *Gieszl and Scott Piette*

9

10 ORIGINAL of the foregoing e-filed this 26th day of September, 2005 with:

11 Clerk of the U.S. District Court
District of Arizona

12

13 COPIES of the foregoing mailed this 26th day of September, 2005, to:

14 Hon. Mary H. Murguia
United States District Court
15 Sandra Day O'Connor U.S. Courthouse
Suite 525
16 401 West Washington Street, SPC 53
Phoenix, AZ 85003-2154
17 602-322-7580

18 Alan M. Simpson, Esq.
ALAN M. SIMPSON, P.C.
19 Attorneys at Law
3550 North Central Avenue
20 Suite 1006
Phoenix, AZ 85012
21 602-222-4878
FAX: 602-222-4879
22 Alan.Simpson@azbar.org
*Attorneys for Plaintiffs*

23

24

25

26

1  E. Thomas Barham, Jr.
   Of Counsel
2  3349 Cerritos Avenue
   Los Alamitos, CA 90720
3  562-598-2956
   Fax: 562-598-7572
4  E-mail: tbarham@socal.rr.com
   *Attorneys for Plaintiffs*
5
6     s/Gwen M. Coon

3