| | |
|---|---|
| 1 | Georgia A. Staton, 004863 |
|   | John M. DiCaro, 017990 |
| 2 | **JONES, SKELTON & HOCHULI, P.L.C.** |
|   | 2901 North Central Avenue, Suite 800 |
| 3 | Phoenix, Arizona 85012 |
|   | 602-263-1752 |
| 4 | gstaton@jshfirm.com |

*Attorneys for Defendants City of Phoenix, Charles Gregory, Dennis Olson, Ray Gieszl and Scott Piette*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ray Krone and Carolyn Leming, | NO. CIV 03-0734-PHX-MHM |
| Plaintiff(s), | |
| v. | **STIPULATION RE: DISMISSAL WITH PREJUDICE** |
| County of Maricopa; City of Phoenix; Scott Piette; John A. Piakis, D.D.S.; Charles Gregory; Dennis Olson; Ray Gieszl; Noel Levy; Heinz H. Karnitschnig, M.D.; Phillip Keen, M.D., and Does 1-10, | |
| Defendant(s). | |

The parties, by and through undersigned counsel, stipulate and agree to the dismissal of the above-captioned matter as the parties have compromised and settled all claims. The parties stipulate that this matter may be dismissed, with prejudice, as to all parties and claims including all claims for personal injuries and property damages, and that the parties shall bear their own costs and attorneys' fees.

///

///

///

///

///

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED this 30th day of September, 2005. |

                                                JONES, SKELTON & HOCHULI, P.L.C.

                                                By      s/Georgia A. Staton
                                                        Georgia A. Staton
                                                        John M. DiCaro
                                                        2901 North Central Avenue
                                                        Suite 800
                                                        Phoenix, Arizona 85012
                                                        *Attorneys for Defendants City of Phoenix, Charles Gregory, Dennis Olson, Ray Gieszl and Scott Piette*

                                                ALAN M. SIMPSON, P.C.

                                                By     s/Alan M. Simpson
                                                      Alan M. Simpson
                                                      Attorneys at Law
                                                      3550 North Central Avenue
                                                      Suite 1006
                                                      Phoenix, AZ 85012
                                                      602-222-4878
                                                      *Attorneys for Plaintiffs*

ORIGINAL of the foregoing e-filed and copies of the foregoing mailed this 30th day of September, 2005 to:

Hon. Mary H. Murguia
United States District Court
Sandra Day O'Connor U.S. Courthouse
Suite 525
401 West Washington Street, SPC 53
Phoenix, AZ 85003-2154
602-322-7580

E. Thomas Barham, Jr.
Of Counsel
3349 Cerritos Avenue
Los Alamitos, CA 90720
562-598-2956
Fax: 562-598-7572
E-mail: tbarham@socal.rr.com
*Attorneys for Plaintiffs*

1 | Michael O'Connor, Esq.
2 | John Moody, Esq.
  | JENNINGS, STROUSS & SALMON, P.L.C.
3 | 201 East Washington Street, 11th Floor
  | Phoenix, Arizona 85004-2385
4 | (602) 262-5889
  | FAX: (602) 495-2645
5 | moconnor@jsslaw.com
  | *Attorneys for Maricopa County Defendants*

6 |     s/Gwen M. Coon